■ In the Matter of the Adoption of JOSHUA, an Infant. GREGORY E.S., Appellant; LYDIA A.C., Respondent. (Appeal No. 2.) [63 NYS3d 919]—Appeal from an order of the Family Court, Jefferson County (Peter A. Schwerzmann, A.J.), entered August 9, 2016. The order dismissed the adoption petition.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Same memorandum as in *Matter of Lydia A.C. v Gregory E.S.* ([appeal No. 1] 155 AD3d 1680 [2017]). Present—Smith, J.P., Centra, Carni, Curran and Troutman, JJ.